UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 6:21-CR-00312-01 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| KRISTAL GLOVER-WING (01) | MAGISTRATE JUDGE DAVID J. AYO |

## ORDER

Before the Court are three *pro se* filings by Defendant Kristal Glover-Wing: (1) Motion for Bail Pending Direct Appeal [ECF No. 241], (2) Motion to Reduce Restitution from $3.6 Million to $0 [ECF No. 242], and (3) "Omnibus Motion Rule 60(b) Seek Relief from Final Judgment for Extraordinary Circumstances and Motion for Batson Reconstruction Hearing" [ECF No. 243]. The forgoing motions are hereby **STRICKEN** from the record in this case.

Defendant is represented by counsel both in this Court and in the appellate court. "When a defendant is represented by counsel, he or she does not have the right to file pro se motions."[1] Therefore, Defendant is **DIRECTED** to convey any and all concerns in her case to her retained counsel, Katryna Spearman."[2]

THUS DONE in Chambers on this 14th day of August, 2024.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE

---

[1] *United States v. Jones*, 842 Fed.Appx. 878, 883 (5th Cir. 2021); *see also United States v. Daniels*, 572 F.2d 535, 540 (5th Cir. 1978) (citing 28 U.S.C. § 1654); *United States v. Sanders*, 843 F.3d 1050, 1053-54 (5th Cir. 2016); *United States v. Presley*, 415 Fed.Appx. 563, 570 (5th Cir. 2011) (denying pro se motion for release pending appeal because hybrid representation is not permitted and therefore the motion was "unauthorized").

[2] The Court additionally notes Defendant's counsel has already filed a Motion for Release from Custody Pending Appeal [ECF No. 239] which remains pending at this time.