UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 6:21-CR-00312-01** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **KRISTAL GLOVER-WING (01)** | **MAGISTRATE JUDGE DAVID J. AYO** |

## ORDER

Before the Court is a Motion to Reinstate previous filings by *pro se* Defendant, Kristal Glover-Wing. [ECF No. 253]. For the reasons that follow, the Motion to Reinstate is GRANTED, and the motions filed at ECF Nos. 241, 242, and 243 are REINSTATED and DENIED.

Pursuant to Defendant's Motion to Reinstate, she contends that now that she is representing herself in this Court *pro se*,[1] the following motions should be reinstated: (1) Motion for Bail Pending Direct Appeal,[2] (2) Motion to Reduce Restitution,[3] and (3) Motion for Relief from Final Judgment pursuant to Fed. R. Civ. P. 60(b).[4] The Motion for Bail Pending Direct Appeal is denied for the reasons set forth in the Court's August 26, 2024, Order denying Defendant's Motion for Release Pending Appeal.[5] To the extent Defendant raises different arguments in support of the motion than those made in her Motion for Release Pending Appeal, the arguments are inadequately briefed.[6] With regard to the Motion to Reduce Restitution and the Motion for Relief from Final

---

[1] ECF No. 253; *see also* ECF Nos. 244, 254.
[2] ECF No. 241.
[3] ECF No. 242.
[4] ECF No. 243.
[5] *See* ECF No. 251.
[6] *See* ECF No. 241 (summarily citing "jury issues, Brady violations, services provided not counted for, provider initiated payback to Medicare, etc").

Judgment, the Court is without jurisdiction to address the motions while this case is pending on appeal, and therefore those motions are denied.[7] For these reasons,

IT IS HEREBY ORDERED that the Motion to Reinstate [ECF No. 253] is GRANTED and the motions filed at ECF Nos. 241–243 are REINSTATED.

IT IS FURTHER ORDERED that the Motion for Bail Pending Direct Appeal [ECF No. 241], the Motion to Reduce Restitution [ECF No. 242], and the Motion for Relief from Final Judgment [ECF No. 243] are DENIED.

THUS DONE in Chambers on this 6th day of September, 2024.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE

---

[7] *United States v. Willis*, 76 F.4th 467, 471 (5th Cir. 2023); *see also United States v. Lucero*, 755 F.App'x 384, 386-87 (5th Cir. 2018) (per curiam) ("The general rule is that a case can exist only in one court at a time, and a notice of appeal permanently transfers the case to [the appellate court] until we send it back."); *United States v. Pena*, 713 F.App'x. 271, 272-73 (5th Cir. 2017).